UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re  
**MICHAEL LEE MCGRADY and PEGGY SUE MCGRADY**  
Debtor(s)

Case No. **3-17-BK-30041**

**CREDITOR CHANGE OF ADDRESS**

**Note to Debtors:** If you wish to add a new creditor to this case, you must file LBF #728 and pay the required filing fee. If you submit a creditor address different from the one listed on the most recent proof of claim by that creditor, the court will send any notices to the creditor at both addresses.

**Creditor Name:** CACH, LLC

| Old Address: | New Address: |
|---|---|
| PO BOX 5980 | PO Box 10587 |
| DENVER CO 80217-5980 | Greenville SC 29603-0587 |

**Creditor Phone Number:** (877) 264-5884

**If you are a creditor who has already filed a claim:** Please enter the claim number and check the appropriate box. You need <u>not</u> file an amended claim to update <u>only</u> an address.

**Claim No.** 8

**Please use the new address for:** ☐ Notices only   ☐ Payments only   ☒ Notices <u>and</u> Payments

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE AND CORRECT.

Date: 7/5/2017

/s/ David Lamb  
Signature (Required)  
Dave Lamb  
Type/ Print Signer's Name       OSB # (if attorney)  
(877) 264-5884       Claims Processor  
Signer's Phone # and Relation to Case

*Further Information About Address Changes*  
Address changes for debtors must be filed on LBF #101D. Other parties may file an address change by letter which includes the case number, debtor's name, date, and the filer's signature.

*Further Information About Adding A New Party or Creditor to a Case [also see above Note to Debtors]*  
An ECF Participant who wishes to receive notice must electronically file a text-only Notice of Appearance or Special Notice Request. Any other party who wishes to receive notice must file a written request with the court.

101C (2/19/13)